UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

        v.                Case No.  07-cr-135-01-SM

David Burns

## O R D E R

Defendant Burns' motion to continue the final pretrial conference and trial is granted (document 17). Trial has been rescheduled for the October 2008 trial period. No further continuances absent extraordinary circumstances. Defendant Burns shall file a waiver of speedy trial rights not later than June 9, 2008. On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**   September 26, 2008 at 11:00 a.m.

**Jury Selection**: October 7, 2008 at 9:30 a.m.

SO ORDERED.

*/s/ Steven J. McAuliffe*
Steven J. McAuliffe
Chief Judge

May 27, 2008

cc:  Jeffrey Levin, Esq.
     Arnold Huftalen, AUSA
     US Probation
     US Marshal